PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>John Anthony Rodela</u>  Case Number: <u>A-07-CR-222(04)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge</u>

Date of Original Sentence: <u>April 4, 2008</u>

Original Offense: <u>Count One: Bank Robbery, in violation of 18 U.S.C. § 2113(a) & (d) & 2. Count Four: Possession of Unregistered Firearm, in violation of 26 U.S.C. § 5861(d) and 18 U.S.C. 2</u>

Original Sentence: <u>Counts One and Four: 120 month's imprisonment, to be served concurrently, followed by a five-year term of supervised release on Count One, and a three-year term of supervised release on Count Four, to be served concurrently. Special conditions include: alcohol abstinence; substance abuse treatment (satisfied); mental health treatment; financial disclosure; $9,208.26 in restitution jointly and severally ($3,847.62 balance); and a $200 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>December 22, 2016</u>

Assistant U.S. Attorney: <u>Gerald C. Carruth</u>   Defense Attorney: <u>Christie Williams (Appointed)</u>

---

## PREVIOUS COURT ACTION

On July 12, 2018, the defendant's conditions of supervision were modified to include restitution payment at a rate of $50 per month; shall apply all monies from income tax refunds and unanticipated financial gains to outstanding court-ordered financial obligations; and access to financial information.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:**  "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

Rodela, John Anthony
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On April 2, 2021, during a phone conversation with the defendant, he verbally admitted to using marijuana the day prior. As such, a random drug test submitted the same date returned positive for marijuana on April 9, 2021.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. Rodela will be monitored via random drug testing and closely monitored for compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Rodela incur any further violations, the Court will be immediately notified.

Approved by,

_____
Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Heather M. Durand
U.S. Probation Officer
Date: April 15, 2021

### THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other _____

_____
Honorable Susan Hightower
United States District Judge

Date: April 15, 2021