PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>John Anthony Rodela</u>          Case Number: <u>A-07-CR-222(04)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge</u>

Date of Original Sentence: <u>April 4, 2008</u>

Original Offense: <u>Count One: Bank Robbery, in violation of 18 U.S.C. § 2113(a) & (d) & 2. Count Four: Possession of Unregistered Firearm, in violation of 26 U.S.C. § 5861(d) and 18 U.S.C. 2</u>

Original Sentence: <u>Counts One and Four: 120 month's imprisonment, to be served concurrently, followed by a five-year term of supervised release on Count One, and a three-year term of supervised release on Count Four, to be served concurrently. Special conditions include: alcohol abstinence; substance abuse treatment (satisfied); mental health treatment; financial disclosure; $9,208.26 in restitution jointly and severally ($3,847.62 balance); and a $200 special assessment (satisfied)</u>

Type of Supervision: <u>Supervised Release  </u>     Date Supervision Commenced: <u>December 22, 2016</u>

Assistant U.S. Attorney: <u>Gerald C. Carruth</u>     Defense Attorney: <u>Christie Williams (Appointed)</u>

---

### PREVIOUS COURT ACTION

On July 12, 2018, the defendant's conditions of supervision were modified to include restitution payment at a rate of $50 per month; shall apply all monies from income tax refunds and unanticipated financial gains to outstanding court-ordered financial obligations; and access to financial information.

On April 15, 2021, a Probation Form 12A was filed with the Court to address Rodela's drug use. It was respectfully recommended no action be taken and the offender be placed on random drug testing. The Court concurred.

### NONCOMPLIANCE SUMMARY

<u>**Violation of Mandatory Condition No. 2:**</u>   "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

Rodela, John Anthony
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** Rodela submitted to random drug tests on the following dates, which all returned positive for marijuana:

April 21, 2021 returned positive on April 28, 2021;
April 26, 2021 returned positive on May 7, 2021;
April 28, 2021 returned positive on May 6, 2021.

Contact with the regional drug lab revealed the positive results received from Rodela's April 28, 2021 drug test was not indicative of continued marijuana use. The defendant admitted that he last used marijuana on or about April 25, 2021.

**U.S. Probation Officer Action:** Rodela was verbally admonished for his continued marijuana use and advised that should he submit another positive urinalysis indicative of continued use; a warrant would be requested for his arrest. The probation office respectfully requests no adverse action be taken at this time. On May 7, 2021, Rodela secured employment after approximately two years of unemployment. He will be monitored via random drug testing and closely monitored for compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Rodela incur any further violations, the Court will be immediately notified.

Approved by,                                          Respectfully submitted,

_____                     _____
Hector J. Garcia                                     Heather M. Durand
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                             Date: May 10, 2021

========================================================

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other _____

                                                    _____
                                                    Honorable Susan Hightower
                                                    United States District Judge

                                                    Date:  May 10, 2021